## CRIST v. LOCKHART.

From the Clay Circuit Court.

G. D. Teter and H. Teter, for appellant.

W. W. Carter and S. D. Coffey, for appellee.

DOWNEY, J.—This was an action by the appellee against the appellant and Jason W. Brown and Peter Luther, on a note. Brown made default. Crist answered, and a demurrer was sustained to his answer. Luther seems to have answered, but his answer is not in the record. There was judgment against all the defendants. Crist only appeals, and he has not complied with section 551, 2 G. & H. 270.

The appeal is dismissed, with costs.